# COURT MINUTES

Page 7

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5     Date: 2/28/2020    Time: 10:00 a.m.

Defendant: **FELIPE MONCALEANO BOTERO**   J#: **20859-104**   Case #: **20-2228-MJ-O'SULLIVAN (SEALED)**

AUSA: Lynn Clark     Attorney: Fernando Tamayo (TEMP)/ Kendall Coffey (TEMP)

Violation: **CONSPIRACY TO LAUNDER BRIBERY PROCEEDS IN U.S. CURRENCY THROUGH BANK ACCOUNTS**

Proceeding: Continued Detention Hearing     CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

Bond Set: **$150,000 corporate surety**     Co-signed by: 4 cosigners and Trustee

- [x] *Surrender and/or do not obtain passports/travel docs-Colombian*   Language: English
- [x] *Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person*
- [ ] Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [x] *No firearms*
- [x] *Not to encumber properties in New York or Coral Gables*
- [ ] May not visit transportation establishments
- [x] *Home Confinement/Electronic Monitoring* and/or Curfew ___ pm to ___ am, *paid by Defendant*
- [x] *Allowances: Medical needs, court appearances, attorney visits, employment*
- [ ] Travel extended to:
- [ ] Other:

Disposition:
**CASE REMAINS SEALED**
**Report re Counsel 3/9 @ 10am
The Court DENIES the Government request for PTD and sets bond.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:16:55     Time in Court: 10