UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-mj-2228-JJO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FELIPE MONCALEANO BOTERO,

    Defendant.
_____/

## ORDER

The United States of America, having filed a Third Consent Motion to Continue Preliminary Examination and Exclude Time Under the Speedy Trial Act (ECF No. 62), and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Third Consent Motion to Continue Preliminary Examination and Exclude Time Under the Speedy Trial Act (ECF No. 62) is granted. The preliminary examination is continued to June 18, 2020, and in the interests of justice, outweighing the best interests of the public and the Defendant in a speedy trial for the reasons stated in the consent motion, all time from and including May 18, 2020 through June 18, 2020 shall be excluded in computing the time within which information or indictment must be filed pursuant to 18 U.S.C. § 3161(h).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of May 2020.

_____
LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE